1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  KRISTINA GREEN (NYBN 5226204)
   CHRISTOFFER LEE (CABN 280360)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-6912
       FAX: (415) 436-7234
8      Kristina.green@usdoj.gov

9  Attorneys for United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12               SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )  NO. 20-CR-00393-CRB
                                       )
15          Plaintiff,                 )  NOTICE OF DISMISSAL: ORDER
                                       )
16      v.                             )
                                       )
17  BRENDA ADDISON,                    )
                                       )
18          Defendant.                 )
                                       )
19  _____)

20          With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21  States Attorney for the Northern District of California dismisses the above Information against

22  BRENDA ADDISON without prejudice.

23

24  DATED:  September 16, 2022                    Respectfully submitted,

25                                               STEPHANIE M. HINDS
                                                 United States Attorney
26

27                                               /s/ Thomas A. Colthurst
                                                 THOMAS A. COLTHURST
28                                               Chief, Criminal Division

1

[~~PROPOSED~~] ORDER

2
    Leave is granted to the government to dismiss without prejudice the Information against

3
BRENDA ADDISON.

4

5

6
Date:  September 19, 2022

HON. CHARLES R. BREYER
Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28